NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WASHINGTON INTERNATIONAL INSURANCE COMPANY**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1310

---

Appeal from the Court of International Trade in case no. 08-CV-0156, Senior Judge R. Kenton Musgrave.

---

**JUDGMENT**

---

THOMAS V. VAKERICS, Sandler, Travis & Rosenberg, P.A., of Washington, DC, argued for plaintiff-appellant. With him on the brief were T. RANDOLPH FERGUSON, KRISTEN SMITH, and MARK TALLO.

PATRICIA M. MCCARTHY, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were TONY

WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DAVID S. SILVERBRAND, Trial Attorney. Of counsel on the brief was REBECCA CANTU, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK , FRIEDMAN, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2011      /s/ Jan Horbaly
Date                  Jan Horbaly
                         Clerk